IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ricky A. Henderson, | ) | No. CIV 05-0329-PCT-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Eduardo Aguirre, Jr., Director, | ) | |
| Defendant. | ) | |

Plaintiff is proceeding pro se in this case. On August 31, 2005, Defendant filed a motion to dismiss this case for lack of subject matter jurisdiction, Fed.R.Civ. 12(b)(1), lack of personal jurisdiction, Rule 12(b)(2), insufficient service of process, Rule 12(b)(5), and failure to state a claim for relief, Rule 12(b)(6). (Doc. 10). The certificate of service shows that the motion to dismiss was served on Plaintiff at 860 Staley Lane, Chino Valley, Arizona 86323. Plaintiff has not filed a response to Defendant's motion to dismiss.

Pursuant to LRCiv 7.2(i), Local Rules of Practice for the District of Arizona, failure of the opposing party to file a required response to a motion may be deemed a consent to the granting of the motion and the Court may dispose of the motion summarily.

**Accordingly,**

**IT IS ORDERED** that within 20 days of the filing date of this Order Plaintiff shall file a response to Defendant's motion to dismiss.

1 **IT IS FURTHER ORDERED** that if Plaintiff fails to file a response within the time allowed the Court shall deem Plaintiff's omission as consent to the granting of the motion to dismiss and the complaint and action shall be dismissed summarily.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Plaintiff at the two addresses that appear of record in this case, that is, the Brooklyn, New York address for Plaintiff that appears on the docket sheet and the Chino Valley, Arizona address that appears on the face of the complaint.

DATED this 23rd day of January, 2006.

_____
Mary H. Murgula
United States District Judge